AARON M. RUBIN
amrubin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:     +1 949 567 6700
Facsimile:      +1 949 567 6710

*Attorneys for PayPal, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| Alpa Patel,<br><br>              Plaintiff,<br><br>       v.<br><br>PayPal, Inc.,<br><br>              Defendant. | Case No. 5:26-cv-01695-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING ARBITRATION** |

Plaintiff Alpa Patel ("Plaintiff") and Defendant PayPal, Inc. ("Defendant") (together, "parties") submit this Joint Stipulation and [Proposed] Order Staying Case Pending Arbitration.

WHEREAS, Plaintiff filed the Complaint (ECF No. 1) on February 26, 2026;

WHEREAS, the parties have stipulated and agreed to extend the time for Defendant to respond to the Complaint to and including May 6, 2026 (ECF Nos. 10 and 11); and

WHEREAS, the parties met and conferred on April 17, 2026, and have agreed that the parties' dispute is subject to binding arbitration and that the Federal Arbitration Act applies.

THEREFORE, subject to the Court's approval, the parties stipulate and agree that this case is hereby stayed pursuant to 9 U.S.C. § 3 until the date that is 30 days after the parties file with the Court a notice regarding the completion of an arbitration proceeding concerning the Claims in accordance with the parties' arbitration agreement.

Dated: May 1, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Aaron M. Rubin*
Aaron M. Rubin
Attorneys for Defendant PayPal Inc.

Dated: May 1, 2026

CONN LAW, PC

By: /s/ *Elliot Conn*
Elliot Conn
Attorneys for Plaintiff Alpa Patel

**IT IS SO ORDERED**.

Dated: _____May 4_____, 2026

EDWARD J. DAVILA
United States District Judge

# CIVIL LOCAL RULE 5-1 ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the attorneys whose signatures appear above.

Date: May 1, 2026

By: _____*/s/ Aaron M. Rubin*_____
Aaron M. Rubin

Attorney for Defendant
PAYPAL, INC.

AARON M. RUBIN
amrubin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:     +1 949 567 6700
Facsimile:     +1 949 567 6710


*Attorneys for PayPal, Inc.*


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| Alpa Patel,<br><br>               Plaintiff,<br><br>     v.<br><br>PayPal, Inc.,<br><br>               Defendant. | Case No. 5:26-cv-01695-EJD<br><br>**DECLARATION OF JAMES WINSTON BURKE IN SUPPORT OF THE PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING ARBITRATION** |

I, James Winston Burke, declare as follows:

1.      I am a member in good standing of the Bars of the District of Colombia and the Commonwealth of Virginia.  I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Defendant PayPal, Inc. in this case.

2.      I submit this declaration pursuant to Civ. L.R. 6-2, to the extent applicable, in support of the parties' *Joint Stipulation and [Proposed] Order Staying Case Pending Arbitration.*

3.      I have personal knowledge of the matters contained in this declaration.  If called to testify to the matters set forth in this declaration, I would do so competently.

4.      On April 6, 2026, Defendant's counsel sent an email to Plaintiff's counsel notifying Plaintiff that Defendant maintains that the parties' dispute is subject to binding

arbitration, and attaching a Paypal accountholder agreement containing an agreement to arbitrate and stating that the Federal Arbitration Act applied.

5. On April 17, 2026, the parties met and conferred. During that meeting, the parties agreed to submit their dispute to binding arbitration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2026

_____
James Winston Burke

5:26-CV-01695-EJD
DECLARATION OF JAMES WINSTON BURKE
IN SUPPORT OF JOINT STIPULATION
AND [PROPOSED] ORDER
STAYING CASE PENDING ARBITRATION